USCA1 Opinion

 

 April 26, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-2086 MANUEL JIMENEZ-ISALE, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ___________________ Manuel Jimenez-Isale on brief pro se. ____________________ Guillermo Gil, United States Attorney, and Michael E. ______________ ___________ O'Hare, Trial Attorney, on brief for appellee. ______ __________________ __________________ Per Curiam. We have reviewed carefully the record in __________ this case, the report and recommendation of the magistrate judge, the opinion and order of the district court, and the parties' briefs. We find no merit in appellant's appeal of the denial of his petition for habeas corpus relief pursuant to 28 U.S.C. 2255. We make only two remarks. First, a review of the transcript of appellant's change of plea hearing makes clear that appellant "received 'real notice of the true nature of the charge against him,'" Henderson v. Morgan, 426 U.S. 637, _________ ______ 645 (1976) (quoting Smith v. O'Grady, 312 U.S. 329, 334 _____ _______ (1941)), and, therefore, that his plea was "voluntary in a constitutional sense," id. Second, inasmuch as the sentence __ imposed upon appellant was within the statutory limits, the fact that it was imposed by a different judge from the one who sentenced appellant's coconspirator "is an adequate explanation for the disparity [in sentences] and eliminates any possible appearance of vindictiveness." United States v. _____________ Quejada-Zurique, 708 F.2d 857, 861 (1st Cir.), cert. denied, _______________ ____ ______ 464 U.S. 855 (1983). Affirmed. ________ -2-